IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE HOLLAND LAKE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CV 26-43-M-KLD<br><br>ORDER |

Pursuant to the Court's prior order (Doc. 16), Plaintiff Save Holland Lake filed an unopposed motion to dismiss this case with prejudice. (Doc. 17). The parties have informally resolved this matter. Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 17) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to close the case file.

DATED this 5th day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge